UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERRILL SMITH, individually and as co-Personal Representative of the Estate of Judie Smith, and AARON T. SMITH, as the co-Personal Representative of the Estate of Judie Smith; and the Estate of Judie Smith,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | NO:  2:21-CV-0336-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Order for Dismissal with Prejudice. ECF No. 31. The parties agree to the dismissal of this matter with prejudice and each party shall bear their own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each party shall bear their own costs and attorneys' fees.

2. All other pending motions, deadlines, and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 28, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2